# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA
*Plaintiff*

v.

AMIR SHABAZZ
*Defendant*

MAGISTRATE JUDGE: ANDRE M. ESPINOSA

CASE NO. 2:21cr275-1(KM)

DATE OF PROCEEDINGS: 4/29/2021

DATE OF ARREST: _____

PROCEEDINGS: I/A on INDICTMENT.

- [ ] COMPLAINT
- [x] ADVISED OF RIGHTS
- [ ] WAIVER OF COUNSEL
- [x] APPT. OF COUNSEL: [x] AFPD [ ] CJA
- [ ] WAIVER OF HRG: [ ] PRELIM [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [x] PLEA ENTERED: [ ] GUILTY [x] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [x] FINANCIAL AFFIDAVIT EXECUTED
- [x] OTHER: PENALTIES PLACED ON RECORD
  Δ CONSENTS TO PARTICIPATE BY ZOOM PLACED ON RECORD.
  SCHEDULING ORDER & BRADY ORDER TO BE FLD.

- [ ] TEMPORARY COMMITMENT
- [x] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET: _____
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED _____
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.    DATE: _____
- [ ] DETENTION/BAIL HRG.           DATE: _____
- [ ] TRIAL: [ ] COURT [ ] JURY     DATE: _____
- [ ] SENTENCING                    DATE: _____
- [ ] OTHER: _____            DATE: _____

**APPEARANCES:**

AUSA: STACEY ZYRIEK ✓

DEFT. COUNSEL: RAHUL SHARMA ✓

PROBATION: _____

INTERPRETER _____
    Language: _____

TIME COMMENCED: _____
TIME TERMINATED: _____
CD NO: _____

SPC, SCOTT P. CREEGAN
Scott P. Creegan, Deputy Clerk